# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LAVONNE HOOPER,**                                  CASE NO. 3:12-cv-108

    Petitioner,                              **Judge Timothy S. Black**
                                             **Magistrate Judge Michael R. Merz**
  **-vs-**

**WARDEN, Warren Correctional Institution,**

    Respondent.

_____
## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 18) of the United States Magistrate Judge is **ADOPTED** in its entirety; the Petition (Doc. 2) is **DISMISSED WITH PREJUDICE;** any request for a certificate of appealability under 28 U.S.C. § 2253 (c) is **DENIED***;* it is **CERTIFIED** that any appeal would be objectively frivolous and any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **TERMINATED** from the docket.

Date: February 3, 2014                          **JOHN P. HEHMAN, CLERK**
                                             By: s/ M. Rogers
                                             Deputy Clerk